**JUDGE CONLON**
**MAGISTRATE JUDGE NOLAN**



118110











