## EXHIBIT B

(attached hereto on the following pages)

EXHIBIT B



