## EXHIBIT C

(attached hereto on the following pages)

## EXHIBIT C



