# EXHIBIT D

(attached hereto on the following pages)

EXHIBIT D



A. 117719
JSOTH0003500
Sleigh Centerpiece Figurine
"Delivering Joy"
9.25" H.  1 Asst.
1 EA Box
2 EA min. 2 EA ctn.

B. 118112
JSOTH0001250
Reindeer Red Blanket Figurine
"Dash Away"
9" H.  1 Asst.
1 EA Box
2 EA min. 10 EA ctn.

C. 118111
JSOTH0001250
Reindeer Green Blanket Figurine
"Dash Away"
10" H.  1 Asst.
1 EA Box
2 EA min. 8 EA ctn.

D. 118110
JSOTH0001250
Reindeer Blue Blanket Figurine
"Dash Away"
10.25" H.  1 Asst.
1 EA Box
2 EA min. 10 EA ctn.

EXHIBIT D

10

