## EXHIBIT E

(attached hereto on the following pages)









