AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Enesco Group, Inc., an Illinois corporation, and Jim Shore Designs, Inc., a South Carolina corporation

V.

Mercasia USA, Ltd., an Illinois corporation

CASE NUMBER: **08 C 675**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE CONLON**
**MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Mercasia USA, Ltd.
14513 Lincoln Ave., Suite 206
Lisle, Illinois 60532

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Angelo J. Bufalino
Vedder Price P.C.
222 N. LaSalle St., Suite 2600
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Cynthia Mercado*
--------------------------------
(By) DEPUTY CLERK

January 31, 2008
--------------------------------
Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Enesco Group, Inc., et al.

vs.   Mercasia USA, Ltd.

Case Number  08 C 675

### AFFIDAVIT OF SERVICE

I, Randy Mucha, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 01 day of February, 2008, at 12:05 PM at 4513 Lincoln Ave. #206, Lisle, IL 60532, did serve the following document(s):

**Summons and Complaint**

Upon:  **Mercasia USA, Ltd.**

By:  ☑ Personally serving to:   Jeffrey Lee-C.P.A., Registered Agent

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 4513 Lincoln Ave. #206, Lisle, IL 60532 on

| Description: | Sex | **Male** | Race | **Asian** | Approximate Age | **68** |
|---|---|---|---|---|---|---|
| | Height | **5'3** | Weight | **150** | Hair Color | **Gray** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Randy Mucha
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101