# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0675 | **DATE** | 3/3/2008 |
| **CASE TITLE** | ENESCO GROUP, INC., ET AL vs. MERCASIA USA, LTD | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to March 18, 2008 at 9:00 a.m. for report on settlement or to set discovery and trial schedule.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|