# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0675 | **DATE** | 3/18/2008 |
| **CASE TITLE** | ENESCO GROUP, INC. Vs. MERCASIA USA, LTD. | | |

**DOCKET ENTRY TEXT**

Report on settlement hearing held. A technical default is entered against defendant for failure to answer the complaint by 2/21/08.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|