UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| Enesco Group, Inc., an Illinois corporation, and Jim Shore Designs, Inc., a South Carolina corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MercAsia USA, Ltd., an Illinois corporation,<br><br>Defendant. | Case Number: 08 C 675<br><br>Judge Suzanne B. Conlon |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**MercAsia USA, Ltd..**

| SIGNATURE |  |
|---|---|
| s/Dominick L. Lanzito |  |
| **FIRM** |  |
| Querrey & Harrow, Ltd. |  |
| **STREET ADDRESS** |  |
| 175 West Jackson Boulevard, Suite 1600 |  |
| **CITY/STATE/ZIP** |  |
| Chicago, IL 60604 |  |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6277856 | **TELEPHONE NUMBER**<br>312/540-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES            NO  X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES    X     NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?       YES            NO  X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES   X   NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL                    APPOINTED COUNSEL |