UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| Enesco Group, Inc., an Illinois corporation, and Jim Shore Designs, Inc., a South Carolina corporation, | Case Number: 08 C 675 |
| Plaintiffs, | Judge Suzanne B. Conlon |
| v. | |
| MercAsia USA, Ltd., an Illinois corporation, | |
| Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**MercAsia USA, Ltd..**

| SIGNATURE |  |
|---|---|
| s/Beverly Berneman |  |
| **FIRM** |  |
| Querrey & Harrow, Ltd. |  |
| **STREET ADDRESS** |  |
| 175 West Jackson Boulevard, Suite 1600 |  |
| **CITY/STATE/ZIP** |  |
| Chicago, IL 60604 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6189418 | TELEPHONE NUMBER 312/540-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES      NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES  X  NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES      NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES    NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL                         APPOINTED COUNSEL | |

Document #: 1314259