UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Enesco Group, Inc., an Illinois corporation, and Jim Shore Designs, Inc., a South Carolina corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>MercAsia USA, Ltd., an Illinois corporation,<br><br>        Defendant. | Case Number: 08 C 675<br><br>Judge Suzanne B. Conlon |

## NOTICE OF MOTION

To:    Angelo J. Bufalino
        Robert Stephen Rigg
        Alain Villeneuve
        **Vedder Price, P.C.**
        222 N. LaSalle Street, Ste. 2600
        Chicago, IL 60601

        On **March 26, 2008** at **9:00** a.m., or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Suzanne B. Conlon** or any Judge sitting in her stead, in **Room 1743** or the courtroom usually occupied by her in the US District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached **Defendant's Motion to Vacate Technical Default and for Enlargement of Time to Answer or Otherwise Plead.**

| | |
|---|---|
| Name | QUERREY & HARROW, LTD. |
| Attorney for Defendant | MercAsia, USA, Ltd. |
| Address | 175 W. JACKSON BLVD., Suite 1600 |
| City | Chicago, Illinois 60604 |
| Telephone | (312) 540-7000 |

## PROOF OF SERVICE

        I, Dominick L. Lanzito, depose and state that I served this Notice, together with the documents herein referred via e-filing to the above-named attorneys on March 20, 2008.

        s/Dominick L. Lanzito

Document #: 1314247