# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0675 | **DATE** | 3/26/08 |
| **CASE TITLE** | ENESCO GROUP., INC. vs. MERCASIA USA, LTD | | |

**DOCKET ENTRY TEXT**

Defendant's motion [16] to vacate technical default and for enlargement of time to answer or otherwise plead is entered and continued to April 7, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|