# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0675 | **DATE** | 4/14/2008 |
| **CASE TITLE** | ENESCO GROUP, ET AL vs. MERCASIA USA, LTD. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Parties report the case has settled. Defendant's motion [16] to vacate technical default is granted; motion [16] for enlargement of time to answer or otherwise plead is moot. The case is dismissed pursuant to the settlement agreement.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|